UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASE NO: CV14-4840-GW (JPRx)

MICHAEL F. EGAN, III

    Plaintiff,

v.

JOHN DOE NO. 4,

    Defendant.

CERTIFICATE OF MERIT

I, Arick W. Fudali, attorney for Michael F. Egan, III, am an attorney licensed to practice law in the State of California. I hereby declare as follows: I have reviewed the facts of the case. I have consulted with Dr. Frederick M. Stampler, Psy.D., a licensed mental health practitioner in the State of California. I believe Dr. Stampler is knowledgeable of the relevant facts and issues involved in this action and I have concluded on the basis of such review and consultation that there is reasonable meritorious cause for the filing of the action. Dr. Stampler is not a party to the litigation.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 23, 2014

Arick W. Fudali, Esq.
California Bar No. 296364

Certificate of Merit - 1