## DECLARATION OF LEE GILL COHEN

I, LEE GILL COHEN, declare as follows:

1. I am an individual over the age of 21. I have personal and first hand knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify completely to these facts under oath.

2. I am a member of the law firm of Herman Law, am an attorney licensed in the State of Florida, and had intended to apply to appear pro hac vice before this Court but stayed doing so for the reasons set forth in the Motion to Withdraw as Counsel (hereinafter "Motion") that this Declaration is attached thereto.

3. Arick W. Fudali and Herman Law (collectively "Plaintiff's Counsel") represent Plaintiff Michael F. Egan III (hereinafter "Mr. Egan"). Plaintiff's Counsel is filing the Motion.

4. I have been working on the instant case am familiar with the relevant circumstances.

5. As indicated in the Motion, since the filing of this lawsuit, the relationship between Plaintiff's Counsel and Mr. Egan and conflicts of interest between Plaintiff's Counsel and Mr. Egan have arisen, to the point that in the opinion of Plaintiff's Counsel, they cannot and should not continue to represent Mr. Egan in light of California RPC 3-700(B) and/or (C), which applies to lawyers appearing in this Court pursuant to Local Rule 83-3.1.2.

6. Pursuant to Plaintiff's Counsel's obligations of confidentiality to Mr. Egan under Cal. B&P Code §6068(e), Plaintiff's Counsel cannot provide a complete explanation of the reasons for their conclusions.

7. Plaintiff's Counsel note that Mr. Egan has recently appointed other counsel who have terminated Plaintiff's Counsel from a portion of this matter and that Mr. Egan and Jeff Herman, who had been expected to be lead trial counsel in this case, have been named as codefendants in a malicious prosecution case filed in United States District Court for the District of Hawaii. *See Garth Ancier v. Michael F. Egan, III, Jeffrey M. Herman and Mark F. Gallagher*, Case No. CV14-00294JMS-RLP.

8. If this Court so requires, Plaintiff's Counsel will provide further information in support of the Motion under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of July, at Boca Raton, Florida.

_____
Lee Gill Cohen