Arick W. Fudali, Esq.
California Bar No. 296364
afudali@hermanlaw.com
Herman Law
3351 NW Boca Raton Boulevard
Boca Raton, FL 33431
Tel: 305-931-2200
Fax: 305-931-0877

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL F. EGAN, III | CASE NUMBER: |
| | 2:14-cv-04840-RGK-JEM |
| Plaintiff(s) | |
| v. | **ORDER ON** |
| JOHN DOE No. 4 | **REQUEST FOR APPROVAL OF** |
| | **WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of ARICK W. FUDALI, and HERMAN LAW, (collectively, "PLAINTIFF'S COUNSEL") to withdraw as attorney of record pursuant to their Motion to Withdraw as Plaintiff's Counsel is hereby:

___ **GRANTED**     ___ **DENIED**


Dated _____          _____

                                       U. S. District Judge/U.S. Magistrate Judge