Arick W. Fudali, Esq. California Bar No. 296364
afudali@hermanlaw.com
3351 NW Boca Raton Boulevard
Boca Raton FL, 33431
Jeffrey M. Herman, Esq., Florida Bar No. 521647
(*pending application for the approval of pro hac vice admission*)
jherman@hermanlaw.com
Lee G. Cohen, Esq., Florida Bar No. 825670
(*pending application for the approval of pro hac vice admission*)
lcohen@hermanlaw.com [1]
Herman Law

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. EGAN, III | CASE NO: 2:14-cv-04840-RGK-JEM |
| Plaintiff, | SUPPLEMENT TO RENEWED |
| v. | MOTION TO WITHDRAW |
| | AS COUNSEL AND REQUEST |
| JOHN DOE NO. 4, | FOR RULING IN CHAMBERS |
| Defendant. | Hearing Date: September 8, 2014 |
| | Time: 9:00 a.m. |
| | Courtroom: 850 |
| | Judge: Hon. R. Gary Klausner |
| | Complaint Filed: June 20, 2014 |

**SUPPLEMENT TO RENEWED MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR RULING IN CHAMBERS**

ARICK W. FUDALI, and HERMAN LAW, (collectively, "PLAINTIFF'S

---

[1] Although attorneys Jeffrey M. Herman and Lee G. Cohen had intended on making formal application for pro hac vice admission, in light of the issues raised in the Renewed Motion to Withdraw, they have stayed doing so.

1

COUNSEL") file this Supplement to their Renewed Motion to Withdraw as Counsel and Request for Ruling in Chambers as follows:

On July 31, 2014, PLAINTIFF'S COUNSEL filed their Renewed Motion to Withdraw [DE 17]. Since the filing of said Motion to Withdraw, on August 6, 2014 a hearing was held in Hawaii on a Motion to Withdraw in Case No. 1:14-cv-00177-SOM-BMK that was based on the same grounds as the instant Motion regarding the same Plaintiff. See [DE27]. The Court in Hawaii granted such. See Minutes [DE33] attached as Exhibit "A". Wherefore, PLAINTIFF'S COUNSEL would supplement its Motion to Withdraw with the ruling in said Minutes.

Further, as PLAINTIFF'S COUNSEL submits that the Motion to Withdraw is facially sufficient, PLAINTIFF'S COUNSEL would respectfully request that the Court consider ruling on said Motion in chambers in advance of the scheduled hearing.

Dated: August 20, 2014.

By: /s/ Arick W. Fudali
    Arick W. Fudali, Esq.
    California Bar No. 296364
    afudali@hermanlaw.com
    Jeffrey M. Herman
    (*pending application for the approval of pro hac vice admission*)
    Florida Bar No. 521647
    jherman@hermanlaw.com
    Lee G. Cohen
    (*pending application for the approval of pro hac vice admission*)

Florida Bar No. 825670
lcohen@hermanlaw.com
Herman Law
3351 NW Boca Raton Boulevard
Boca Raton FL, 33431
Tel: 305-931-2200
Fax: 305-931-0877
www.hermanlaw.com

Attorneys for the Plaintiff