# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☑ U.S. Magistrate Judge  KLAUSNER

From: Shea Bourgeois, Deputy Clerk          Date Received: 08/22/14

Case No.: 2:14-cv-04840-RGK-JEM          Case Title: Michael F Egan, III v. John Doe

Document Entitled: Notice of Dismissal

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☑ Local Rule 5-4.1    Documents must be filed electronically
- ☐ Local Rule 6-1      Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1   Document not legible
- ☐ Local Rule 11-3.8   Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1   No copy provided for judge
- ☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1     Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7     Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1     Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2     Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5   No letters to the judge
- ☐ Fed. R. Civ. P. 5   No proof of service attached to document(s)
- ☐ Other: _____

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☑ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

8/25/14                            /s/ Gary Klausner
Date                               U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____                    _____
Date                               U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)                    NOTICE OF DOCUMENT DISCREPANCIES