Michael F. Egan, III, filing pro se
c/o
19100 Von Karman Ave., Ste. 800
Irvine, CA 92612
(949) 252-9990
Hbejr2012@gmail.com





## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL F. EGAN, III | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:14-CV-04840-RGK-JEM |
| v. | |
| JOHN DOE 4 | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety, without prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

08/21/2014
Date

*Signature of Attorney/Party*

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## CERTIFICATE OF SERVICE

      I do hereby certify that a copy of the within was duly served this date by U.S. Mail to the following at the addresses listed below:

Arick W. Fudali
Herman Law
3351 NW Boca Raton Blvd.
Boca Raton, FL 33431
afudali@hermanlaw.com

      Dated: August 22, 2014, Irvine, California.

                                                      Kathy Frederiksen